| United States Bankruptcy Court<br>Northern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Tree Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): **51-0461103** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more<br>than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**663 State Rt. 149**<br>**PO Box 786**<br>**Lake George, New York**  ZIP CODE **12845** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Warren** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

### Nature of Business
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **American Tree Co., Inc.** | |
|---|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location <br> Where Filed: **NDNY Albany** | Case Number: <br> **09-13753** | Date Filed: <br> **10/07/2009** |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ❑ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X  Not Applicable** <br> _____ <br> Signature of Attorney for Debtor(s)　　　　　Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br> ❑  Yes, and Exhibit C is attached and made a part of this petition. <br> ☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ❑　Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ❑　Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☑　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ❑　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ❑　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ❑　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br> _____ <br> (Address of landlord) <br><br> ❑　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ❑　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ❑　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **American Tree Co., Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable** <br> Signature of Debtor <br><br> X **Not Applicable** <br> Signature of Joint Debtor <br><br> Telephone Number (If not represented by attorney) <br><br> Date | X **Not Applicable** <br> (Signature of Foreign Representative) <br><br><br> (Printed Name of Foreign Representative) <br><br><br> Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Robert J. Rock** <br> Signature of Attorney for Debtor(s) <br><br> **Robert J. Rock  Bar No.  601122** <br> Printed Name of Attorney for Debtor(s) / Bar No. <br><br> **Law Office of Robert J. Rock** <br> Firm Name <br><br> **60 South Swan Street Albany, New York  12210** <br> Address <br><br><br> **(518) 463-5700          (518) 434-6140** <br> Telephone Number <br><br> **2/24/2011** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> **Not Applicable** <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br><br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br><br> Address <br><br><br> X **Not Applicable** |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **s/ Daniel Stranahan** <br> Signature of Authorized Individual <br><br> **Daniel Stranahan** <br> Printed Name of Authorized Individual <br><br> **President** <br> Title of Authorized Individual <br><br> **2/24/2011** <br> Date | Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

In re: **American Tree Co., Inc.** _____ ,          Case No.

                                    **Debtor**          Chapter    **11**

# Exhibit "A" to Voluntary Petition

1.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file
    number is .

2.  The following financial data is the latest available information and refers to debtor's condition on .

a.  Total assets                                         $ _____  **2,499,975.89**

b.  Total debts (including debts listed in 2.c., below)  $ _____  **1,323,241.20**

                                                                      Approximate
                                                                      number of
                                                                      holders

c.  Debt securities held by more than 500 holders.

    secured          unsecured          subordinated       _____       _____

d.  Number of shares of preferred stock                    _____       _____

e.  Number of shares of common stock                       _____       _____

    Comments, if any:

3.  Brief description of debtor's business:

    **7**

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the
    voting securities of debtor:

# United States Bankruptcy Court

## Northern District of New York

In re:

Case No. _____

Chapter    **11**

**American Tree Co., Inc.**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Daniel Stranahan**, declare under penalty of perjury that I am the **President** of **American Tree Co., Inc.,** a **New York** Corporation and that on **02/21/2011** the following resolution was duly adopted by the **Shareholders** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Daniel Stranahan, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Daniel Stranahan, President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Daniel Stranahan, President** of this Corporation, is authorized and directed to employ **Robert J. Rock,** attorney and the law firm of **Law Office of Robert J. Rock** to represent the Corporation in such bankruptcy case."

Executed on:    **2/24/2011**

Signed:    **s/ Daniel Stranahan**
**Daniel Stranahan**

B6A (Official Form 6A) (12/07)

In re: **American Tree Co., Inc.** Case No. _____

_____ (If known)

Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **26.15 acres Tax Map #277.02-1-39 Bloody Pond Road Lake George, NY 12845** | **Fee Owner** | | **$ 261,500.00** | **None** |
| **3.59 acres Tax Map #523400 278.1-49 Lands off Bay Road Queensbury, NY 12804** | **Fee Owner** | | **$ 43,400.00** | **None** |

Total ➤ | **$ 304,900.00**

(Report also on Summary of Schedules.)

In re **American Tree Co., Inc.**                                          Case No. _____

                                         Debtor                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Adirondack Trust**<br>**473 Broadway**<br>**Saratoga Springs, NY 12866** | | 11.46 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Adirondack Trust**<br>**473 Broadway**<br>**Saratoga Springs, NY 12866** | | -198.45 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Banknorth**<br>**6 Main Street**<br>**Granville, NY 12832** | | 72.13 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Banknorth**<br>**6 Maint Sreet**<br>**Granville, NY 12832** | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re   **American Tree Co., Inc.**                                        Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1987 International Stake Truck 663 State Rt 149 Lake George, NY 12845** | | 6,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1990 International Bucket Truck 663 State Rt 149 Lake George, NY 12845** | | 35,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 International Truck 663 State Rt 149 Lake George, NY 12845** | | 10,000.00 |

In re  **American Tree Co., Inc.**

Case No. _____

Debtor

**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 International Route Truck**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **18,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 Western Star Dump Truck**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **40,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Western Star Tractor**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **22,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Western Star**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **22,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Peterbilt**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **32,295.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Western Star**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **29,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2 Mack Trailers**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **122,800.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Pup Trailer**<br>**663 State Rt**<br>**Lake George, NY 12845** | | **12,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Renegade Trailer**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **6,500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 F-350**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **41,983.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 F-550 w/tech  chip box & Tool box**<br>**663 State Rt 149**<br>**l**<br>**Lake George, NY 12845** | | **31,655.28** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Dodge Ram**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **37,332.31** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 F-350**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **43,319.68** |

In re **American Tree Co., Inc.**                Case No. _____

                     **Debtor**                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **99 Freightliner**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 25,600.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Ford Log Truck**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 5,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Freightliner**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 76,845.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **International Chip Truck**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 52,300.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **John Deere 544D Loader**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 23,253.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Old Line**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 0.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Trail King Trailer**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 13,250.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Vermeer Stump Grinder Trailer**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 2,413.13 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment including furniture, copier, computers etc**<br>**State Rt 149**<br>**Lake George, NY 12845** | | 30,000.00 |
| Office equipment, furnishings, and supplies. | | **Yard Log Cabin Office**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 15,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **2 New mack Floor Trailers**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 110,126.00 |
| Machinery, fixtures, equipment and supplies in business. | | **2000 BWS 45Ft Trailer**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **American Tree Co., Inc.** _____ ,     Case No. _____

                       **Debtor**                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | 2004 Vermeer Stump Grinder<br>663 State Rt 149<br>Lake George, NY 12845 | | 40,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2007 Bandit Beast Recycler<br>663 State Rt 149<br>Lake George, NY 12845 | | 377,970.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2007 International Crane<br>663 State Rt 149<br>Lake George, NY 12845 | | 149,428.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2007 Log Loader<br>663 State Rt 149<br>Lake George, NY 12845 | | 0.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 2008 Ford F 350<br>663 State Rt 149<br>Lake George, NY 12845 | | 54,842.85 |
| Machinery, fixtures, equipment and supplies used in business. | | 35 Ton Rogers Trailer<br>663 State Rt 149<br>Lake George, NY 12845 | | 25,800.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 644G Loader<br>663 State Rt 149<br>Lake George, NY 12845 | | 47,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | 650 H Dozer<br>663 State Rt 149<br>Lake George, NY 12845 | | 55,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | ASV Attachment<br>663 State Rt 149<br>Lake George, NY 12845 | | 12,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Bandit Chipper<br>663 State Rt 149<br>Lake George, NY 12845 | | 117,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | BC2000XL Chipper<br>663 State Rt 149<br>Lake George, NY 12845 | | 72,500.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Chip Box<br>663 State Rt 149<br>Lake George, NY 12845 | | 11,700.00 |
| Machinery, fixtures, equipment and supplies used in business. | | Color Critter<br>663 State Rt 149<br>Lake George, NY 12845 | | 27,527.50 |

In re  American Tree Co., Inc.                                    Case No. _____
                            Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Debarker**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **7,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Doosan DX225 Excavator**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **86,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Implemax Grapple**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **7,200.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **John Deere Loader 624J**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **47,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Log Loader and Circle Saw Slasher**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **54,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Mitsubishi Loader**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **22,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Peterbilt**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **10,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Presure Washer**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **4,200.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Skid Steer**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **59,850.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Skidder**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **35,000.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Timberjack Grapple Skidder**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **0.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Timberwolf log splitter**<br>**663 State Rt 149**<br>**Lake George, NY 12845** | | **5,500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

In re  **American Tree Co., Inc.**                                          ,          Case No. _____

                                 **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_6_ continuation sheets attached          Total ▸ | **$2,195,075.89**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **American Tree Co., Inc.** _____,  Case No. _____

Debtor                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Adirondack Trust Co**<br>**24 Maple Street**<br>**Glens Falls, NY 12801** | | | **95 Western Star**<br><br>**VALUE $18,000.00** | | | | 8,600.19 | 0.00 |
| ACCOUNT NO.<br><br>**Adirondack Trust Co**<br>**24 Maple Street**<br>**Glens Falls, NY 12801** | | | **Chip Box**<br><br>**VALUE $11,700.00** | | | | 6,341.51 | 0.00 |
| ACCOUNT NO.<br><br>**Adirondack Trust Co**<br>**24 Maple Street**<br>**Glens Falls, NY 12801** | | | **Color Critter**<br><br>**VALUE $27,527.00** | | | | 6,141.60 | 0.00 |
| ACCOUNT NO.<br><br>**Adirondack Trust Co**<br>**24 Maple Street**<br>**Glens Falls, NY 12801** | | | **Freightliner**<br><br>**VALUE $76,845.00** | | | | 6,823.67 | 0.00 |

5   continuation sheets
    attached

Subtotal  ▷
(Total of this page)

| $ | 27,906.97 | $ | 0.00 |
|---|---|---|---|

Total  ▷
(Use only on last page)

| $ | | $ | |
|---|---|---|---|

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __American Tree Co., Inc._____,     Case No. _____
                  **Debtor**                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Adirondack Trust Co** <br>**24 Maple Street** <br>**Glens Falls, NY 12801** | | | **04-F350** <br><br>**VALUE $41,983.00** | | | | **10,906.97** | **0.00** |
| ACCOUNT NO. <br><br>**Adirondack Trust Co** <br>**24 Maple Street** <br>**Glens Falls, NY 12801** | | | **04-F550** <br><br>**VALUE $31,655.00** | | | | **5,999.48** | **0.00** |
| ACCOUNT NO. <br><br>**Adirondack Trust Co** <br>**24 Maple Street** <br>**Glens Falls, NY 12801** | | | **05-F350** <br><br>**VALUE $49,319.00** | | | | **14,269.66** | **0.00** |
| ACCOUNT NO. <br><br>**Adirondack Trust Co** <br>**24 Maple Street** <br>**Glens Falls, NY 12801** | | | **98 Western Star** <br><br>**VALUE $29,500.00** | | | | **13,134.99** | **0.00** |
| ACCOUNT NO. <br><br>**Adirondack Trust Co** <br>**24 Maple Street** <br>**Glens Falls, NY 12801** | X | | **05 Dodge Ram** <br><br>**VALUE $37,332.00** | | | | **15,238.21** | **0.00** |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ <br>(Total of this page)

Total ➤ <br>(Use only on last page)

| | |
|---|---|
| **$     59,549.31** | **$     0.00** |
| **$** | **$** |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **American Tree Co., Inc.** _____ ,  Case No. _____

                                        Debtor                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Adirondack Trust Co<br>24 Mpale Street<br>Glens Falls, NY 12801 | | | various equipment<br><br>**VALUE $0.00** | | | | 60,383.96 | 60,383.96 |
| ACCOUNT NO.<br><br>Adirondack Trust Co<br>24 Maple Street<br>Glens Falls, NY 12801 | | | Old Line<br><br>**VALUE $0.00** | | | | 13,788.88 | 13,788.88 |
| ACCOUNT NO.<br><br>Adirondack Trust Co<br>24 Maple Street<br>Glens Falls, NY 12801 | | | **Skidder**<br><br>**VALUE $35,000.00** | | | | 17,523.07 | 0.00 |
| ACCOUNT NO.<br><br>Adirondack Trust Co.<br>24 Maple Street<br><br>Glens Falls, NY 12845 | | | 2007 Log Loader<br><br>**VALUE $0.00** | | | | 21,020.65 | 21,020.65 |
| ACCOUNT NO.<br><br>Agco Finance LLC<br>PO Box 9263<br>Des Moines, IA 80306-9263 | | | **Skid Steer**<br><br>**VALUE $59,850.00** | | | | 69,297.20 | 8,447.20 |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

| $ 182,013.76 | $ 103,640.69 |
|---|---|

Total  ➤
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re __American Tree Co., Inc._____,    Case No. _____
                                    Debtor                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                     X | | | | | | | 0.00 | 0.00 |
| Altec Industries, Inc 1730 Vanderbilt Rd Birmingham, AL 36234 | | | 2007 International Crane  VALUE $149,428.00 | | | | | |
| ACCOUNT NO. | | | | | | | 92,598.08 | 0.00 |
| American Bank Leasing 555 Sun Valley Dr Suite E5 Roswell, GA 30076 | | | 2 New Mac Floor Trailers  VALUE $110,126.00 | | | | | |
| ACCOUNT NO. | | | | | | | 190,878.77 | 0.00 |
| CAT Financial Services Corp 2120 West End Ave PO Box 340001 Nashville, TN 37203-0001 | | | Bandit Beast Recycler  VALUE $377,970.00 | | | | | |
| ACCOUNT NO.                     X | | | | | | | 37,203.15 | 0.00 |
| Citizen Automobile Finance, Inc PO Box 42002 Providence, RI 02940 | | | 2008 Ford Truck  VALUE $54,842.85 | | | | | |
| ACCOUNT NO. | | | | | | | 86,000.00 | 0.00 |
| Commercial Truck & Equipment Sales, Inc. d/b/a Logger's Equipment Leasing Co PO Box 476 Glens Falls, NY 12801 | | | Doosan DX225 Excavator  VALUE $86,000.00 | | | | | |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

$  406,680.00  |$  0.00

Total  ➤
(Use only on last page)

$ | $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **American Tree Co., Inc.**                                    ,        Case No.

                                    **Debtor**                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Darlene Dougher<br>Reciever of Taxes<br>742 Bay Rd<br>Queensbury, NY 12804 | | | **Statutory Lien**<br>**3.59 acres Bay Rd**<br><br>**VALUE $43,400.00** | | | | 302.00 | 0.00 |
| ACCOUNT NO.<br><br>Darlene Dougher<br>Receiver of Taxes<br>742 Bay Rd<br>Queensbury, NY 12804 | | | **3.59 acres Bay Rd**<br><br>**VALUE $43,400.00** | | | | 557.25 | 0.00 |
| ACCOUNT NO.<br><br>Deborah A.Foley<br>Receiver of Taxes<br>PO Box 392<br>Lake George, NY 12801 | | | **26.15 acres**<br><br>**VALUE $261,500.00** | | | | 95.42 | 0.00 |
| ACCOUNT NO.<br><br>First Niagara Bank<br>6950 South Transit Road<br>Lockport, NY 14095 | | | **Bandit chipper**<br><br>**VALUE $117,500.00** | | | | 96,289.28 | 0.00 |
| ACCOUNT NO.<br><br>GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 | | | **BC2000XL Chipper**<br><br>**VALUE $72,500.00** | | | | 17,198.84 | 0.00 |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| $    114,442.79 | $           0.00 |

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **American Tree Co., Inc.**_____,     Case No. _____

                            **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Glens Falls National Bank & Trust**<br>**250 Glen Street**<br>**Glens Falls, NY 12801** | | | **Log Loader & Circle Saw Slasher**<br><br>**VALUE $54,000.00** | | | | 54,635.00 | 0.00 |
| ACCOUNT NO.<br>**John Deere Construction & Forestry Co**<br>**6400 NW 86th Street**<br>**PO Box 6600**<br>**Johnston, IA 50131-6600** | X | | **659 H Dozer**<br><br>**VALUE $55,000.00** | | | | 17,818.57 | 0.00 |
| ACCOUNT NO.<br>**John Deere Construction & Forestry Co**<br>**6400 NW 86th Street**<br>**PO Box 6600**<br>**Johnston, IA 50131-6600** | | | **35 ton trailer**<br><br>**VALUE $25,800.00** | | | | 6,416.20 | 0.00 |
| ACCOUNT NO.<br>**John Deere Construction & Forestry Co**<br>**6400 NW 86th Street**<br>**PO Box 6600**<br>**Johnston, IA 50131-6600** | | | **644G Loader**<br><br>**VALUE $47,000.00** | | | | 15,634.19 | 0.00 |
| ACCOUNT NO.<br>**Navistar Financial**<br>**PO Box 96070**<br>**Chicago, IL 60693-6070** | X | | **2- Mac Trailers**<br><br>**VALUE $122,800.00** | | | | 80,977.12 | 0.00 |

Sheet no. _5_ of _5_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal >
(Total of this page)

$    175,481.08   $    0.00

Total >
(Use only on last page)

$    966,073.91   $   103,640.69

(Report also on Summary of (If applicable, report
Schedules) also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6E (Official Form 6E) (12/07)

In re    __American Tree Co., Inc._____,          Case No. _____
                                          Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> **continuation sheets attached**

In re  American Tree Co., Inc. _____  Case No. _____
                        Debtor                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  E-026334575-L011-6<br>NYS Departement of Tax & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12203-0300 | | | NSF checks | | | | 54,312.46 | 54,312.46 | $0.00 |
| ACCOUNT NO.  M5301154833<br>NYS Department of Tax & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12203-0300 | | | | | | | 10,000.00 | 10,000.00 | $0.00 |
| ACCOUNT NO.  L-029726097-3<br>NYS Department of Tax and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12203 | | | | | | | 72,088.44 | 72,088.44 | $0.00 |
| ACCOUNT NO.  A1356 314-3<br>NYS Insurance Fund<br>Workers Compensation<br>PO Box 4788<br>Syracuse, NY 13221-4788 | | | Compensation insurance premiums | | | | 58,496.67 | 58,496.67 | $0.00 |
| ACCOUNT NO.  2162519201W005058<br>Workers Compensation Board<br>Bureau of Compliance<br>20 Park Street<br>Albany, NY 12207 | | | | | | | 2,000.00 | 2,000.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals►
(Totals of this page)   $  **196,897.57**  $  **196,897.57** $  **0.00**

Total  ►
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)   $  **196,897.57**

Total  ►
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )   $  **196,897.57** $  **0.00**

B6F (Official Form 6F) (12/07)

In re  American Tree Co., Inc.                                    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    8829/08 <br><br> Atty Robert P Ianelli <br> 1436 Route 52 <br> Fishkill, NY 12524 | | | extension of credit | | | | Notice |
| ACCOUNT NO.    17337 <br><br> Bank of Kanas <br> PO Box 876679 <br> Kansas City, MO 64187-6679 | | | extension of credit | | | | 44,500.00 |
| ACCOUNT NO.    AMETRE 01 <br><br> Bigelow's Oil Services, Inc <br> 2490 State Rt 4 <br> Fort Edward, NY 12828 | | | extension of credit | | | | 1,522.89 |
| ACCOUNT NO.    4416281 <br><br> Coface Collections North America, Inc <br> PO BOX 8510 <br> Metaire, LA 70011 | | | extension of credit | | | | 207.98 |
| ACCOUNT NO. <br><br> Collect America Commercial Service, Inc. <br> 16011 College Blvd, Suite 101 <br> Lenexa, KS 66219 | | | extension of credit | | | | 407.21 |

 10    Continuation sheets attached

                                                            Subtotal  ➤  | $  46,638.08 |

                                                                Total  ➤  | $           |
                              (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable on the Statistical
                              Summary of Certain Liabilities and Related Data.)

In re    <u>American Tree Co., Inc.</u>         Case No. _____

                 **Debtor**                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Convenient Medical Care, PC** <br>**319 Bay Road** <br>**Queensbury, NY 12804** | | | medical services | | | | 760.05 |
| ACCOUNT NO.    **6025753** <br><br>**Cutts Worldwide Logistics** <br>**PO Box 1070** <br>**Ackerman, MS 39735** | | | extension of credit | | | | 1,329.82 |
| ACCOUNT NO. <br><br>**C-Y Publications** <br>**7010 6th Street N.** <br>**Oakdale, MN 55128** | | | extensionof credit | | | | 197.00 |
| ACCOUNT NO. <br><br>**Denton Publications** <br>**c/o Collect America Commercial Serv** <br>**16011 College Blvd Suite 101** <br>**Lenexa, KS 66219** | | | extension of credit | | | | 407.21 |
| ACCOUNT NO.    **13418182/20020388-01** <br><br>**Glens Falls Hospital** <br>**100 Park Street** <br>**Glens Falls, NY 12801** | | | medical services | | | | 731.81 |

Sheet no. <u>1</u> of <u>10</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ |$| **3,425.89**

Total ➤ |$|

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    American Tree Co., Inc.                                       Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        4278107 <br><br> Global Rental Co, Inc <br> 33 Inverness Center Prkwy Ste 250 <br> Birmingham, AL 35242 | | | extension of credit | | | | 3,552.62 |
| ACCOUNT NO. <br><br> GTO Sports Promotions <br> 4 Bolton Ave <br> Alexandria Bay, NY 13607 | | | extension of credit | | | | 280.00 |
| ACCOUNT NO.        110001505010 <br><br> Idearc Media, LLC <br> PO Box 619810 <br> D/FW Airport, TX 75261-9810 | | | extension of credit | | | | 24,976.38 |
| ACCOUNT NO. <br><br> INF US <br> 71 CommercialStreet #310 <br> Boston, MA 02109-1320 | | | | | | | 554.58 |
| ACCOUNT NO.        AMERTREE <br><br> Iroquois Tire and Brake Service <br> 2045-47 Milton Ave <br> Solvay, NY 13209 | | | automobile repairs | | | | 1,980.75 |

Sheet no. 2 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 31,344.33

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **American Tree Co., Inc.**

Debtor

Case No. _____

**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **74869**  **James, Stevens & Daniels** **1283 College Park Dr** **Dover, DE 19904** | | | **Legal Services** | | | | 2,658.91 |
| ACCOUNT NO.  **Lake G** | | | | | | | 0.00 |
| ACCOUNT NO.  **Lake George Mirror** **PO Box 589** **Lake George, NY 12801** | | | **extension of credit** | | | | 750.00 |
| ACCOUNT NO.  **25327**  **LCS&Z, LLP** **33 Century Hill Dr** **Latham, NY 12110** | | | **Legal Services** | | | | 5,373.00 |
| ACCOUNT NO.  **0010355**  **Lone Oak Publishing Co, Inc** **PO Box 153** **Glens Falls, NY 12802** | | | **Extension of credit** | | | | 238.52 |

Sheet no. 3 of 10 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **9,020.43**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re    <u>American Tree Co., Inc.</u>

Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    6989<br><br>Mailings Made Easy, Inc<br>80-82 Warren Street<br>PO Box 511<br>Glens Falls, NY 12801 | | | extension of credit | | | | 125.90 |
| ACCOUNT NO.    108653<br><br>Mannix Marketing, Inc<br>9-11 Broad St. 3rd Flr<br>Glens Falls, NY 12801 | | | extension of credit | | | | 225.00 |
| ACCOUNT NO.<br><br>Morbark<br>PO Box 1000<br>Winn, MI 48896 | | | extension of credit | | | | 1,896.76 |
| ACCOUNT NO.    10175830<br><br>National Advertising Accounting, Inc<br>PO Box 595<br>Mount Prospect, IL 60056-0595 | | | extension of credit | | | | 454.00 |
| ACCOUNT NO.    NY54988<br><br>National Online Pages<br>200 East Big Beaver Rd<br>Troy, MI 48083 | | | extension of credit | | | | 547.38 |

Sheet no. <u>4</u> of <u>10</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $                    3,249.04

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>American Tree Co., Inc.</u>
                **Debtor**

Case No. _____
         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **110414** <br><br> **National Utility Equipment Co, LLC** <br> **PO Box 2153 Dept 3251** <br> **Birmingham, AL 35287-3251** | | | extension of credit | | | | 378.98 |
| ACCOUNT NO. **303089** <br><br> **North Shore Oil Company, Inc** <br> **2634 State Route 49** <br> **West Monroe, NY 13167** | | | extesion of credit | | | | 4,638.57 |
| ACCOUNT NO. **82531159** <br><br> **NY State Thruway Authority E-Z Pass** <br> **PO Box 149001** <br> **Staten Island, NY 10314-9001** | | | Thruway tolls | | | | 4,071.15 |
| ACCOUNT NO. **1448** <br><br> **Pamal Broadcasting** <br> **6 Johnson Rd** <br> **Latham, NY 12110-5124** | | | extension of credit | | | | 2,582.75 |
| ACCOUNT NO. **400797150** <br><br> **Peerless Insurance** <br> **PO Box 2050** <br> **Keene, NH 03431** | | | Insurance premiums | | | | 1,192.00 |

Sheet no. <u>5</u> of <u>10</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ **12,863.45**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>American Tree Co., Inc.</u>                     Case No. _____
                                    **Debtor**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SC38176** <br><br>**Pilusos Service Repair Shop #4330285 PO Box 342 121 Mohawk St Whitesboro, NY 13492** | | | extension of credit | | | | 1,662.22 |
| ACCOUNT NO. **7069536** <br><br>**Pinnacle Arbitration & Mediation Service 4232 Forest Park Ave St. Louis, MO 63108** | | | legal services | | | | 615.00 |
| ACCOUNT NO. **20235708862** <br><br>**Pitney Bowes Inc PO Box 856390 Louisville, KY 40285** | | | extension of credit | | | | 339.94 |
| ACCOUNT NO. **8000909003783482** <br><br>**Pitney Bowes Purchase Power PO Box 371874 Pittsburgh, PA 15250-7874** | | | extension of credit | | | | 1,688.45 |
| ACCOUNT NO. **38030** <br><br>**PlanA, Inc PO Box 10656 San Bernardino, CA 92423** | | | extension of credit | | | | 2,604.18 |

Sheet no. <u>6</u> of <u>10</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **6,909.79**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **American Tree Co., Inc.**                           Case No. _____
                                    **Debtor**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **128373** <br><br>**Polsinello Fuels, Inc** <br>**241 Riverside Ave** <br>**PO Box 211** <br>**Rensselaer, NY 12144-0211** | | | fuel | | | | 5,016.93 |
| ACCOUNT NO.  **89617-53158** <br><br>**Power Plan** <br>**PO Box 5328** <br>**Madison, WI 53705-0328** | | | extension of credit | | | | 13,374.32 |
| ACCOUNT NO.  **493053** <br><br>**Prudent Publishing** <br>**PO Box 360** <br>**Ridgefield Park, NJ 07660-0360** | | | extension of credit | | | | 465.03 |
| ACCOUNT NO.  **18453** <br><br>**Rebman, Linhares& Beacham, Esqs** <br>**8000 Maryland Ave, Ste1060** <br>**St. Louis, MO 63105-3762** | | | legal services | | | | 1,232.12 |
| ACCOUNT NO.  **110003477231** <br><br>**Super Media** <br>**20600 Chagrin Blvd Ste 550** <br>**Shaker Heights, OH 44122-5340** | | | extension  of credit | | | | 522.73 |

Sheet no. _7_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $   **20,611.13**

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    American Tree Co., Inc.
                              Debtor

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    MBW No. G72224 <br><br> The Berry Company, LLC <br> c/oMcCarthy, Burgess& Wolf <br> The MB & W Bldg, 26000 Cannon Rd <br> Cleveland, OH 44146 | | | extension of credit | | | | 6,343.75 |
| ACCOUNT NO.    5187614636 <br><br> The Journal <br> South Bldg. PMB 217 <br> 601 Pennsylvania Ave NW, Ste 900 <br> Washington, DC 20004-3615 | | | extension of credit | | | | 275.00 |
| ACCOUNT NO.    14010 <br><br> The Post Star <br> PO Box 595 <br> Lawrence & Cooper Streets <br> Glens Falls, NY 12801 | | | extension of credit | | | | 1,688.00 |
| ACCOUNT NO.    001324 <br><br> The Safety Warehouse <br> 1438 Rt 9 <br> Fort Edward, NY 12828 | | | extension of credit | | | | 774.62 |
| ACCOUNT NO.    215281 <br><br> The Talking Phone Book <br> 1945 Sheridan Dr <br> Buffalo, NY 14223 | | | extension of credit | | | | 5,627.44 |

Sheet no. 8 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $   14,708.81

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>American Tree Co., Inc.</u>                     Case No. _____
                        **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Thorn Gershon et al**<br>**5 Wembley Court, New Karner Rd.**<br>**PO Box 15054**<br>**Albany, NY 12212-5054** | | | legal service | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Tyre Town Court**<br>**1703 Route 318**<br>**Waterloo, NY 13165** | | | Sae #s 08100084, 08100002, 08050074, 08100083 | | | | Notice only |
| ACCOUNT NO.  **5188120303549249**<br><br>**Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212-5124** | | | extension of credit | | | | 273.57 |
| ACCOUNT NO.  **000421**<br><br>**Wallace Supply Co., Inc**<br>**1434**<br>**Route 9**<br>**Fort Edward, NY 12829** | | | extension of credit | | | | 2,140.65 |
| ACCOUNT NO.  **R3460222**<br><br>**Wilton Auto Truck Plaza**<br>**215 Ballard Rd**<br>**Gansevoort, NY 12831** | | | auto repairs/service | | | | 740.17 |

Sheet no. <u>9</u> of <u>10</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $ **3,154.39**

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  American Tree Co., Inc. _____          Case No. _____
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   62426 <br><br> **Yellow Pages Connect** <br> **5540 Centerview Dr. #200** <br> **Raleigh, NC 27606** | | | extension of credit | | | | 489.13 |
| ACCOUNT NO.   1829109 <br><br> **Yellow Pages United** <br> **PO Box 95450** <br> **Atlanta, GA 30347** | | | extension of credit | | | | 889.00 |
| ACCOUNT NO.   AOJJRG <br><br> **Yellowbook** <br> **6300 C Street** <br> **Cedar Rapids, IA 52404-7470** | | | extension of credit | | | | 6,966.25 |

Sheet no. 10 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $   8,344.38

Total  >  $  160,269.72

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:  American Tree Co., Inc.                                   ,     Case No. _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Sun Bridge Capital, Inc<br>6300 Nall Ave. Ste 200<br>Mission, KS66202** | **14' Chipper Dump Truck** |

In re: **American Tree Co., Inc.**                          Case No. _____
_____                                  **(If known)**
                    **Debtor**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Stranahan**<br><br><br>**Paul Stranahan** | **Adirondack Trust Co**<br>**24 Maple Street**<br>**Glens Falls, NY 12801** |
| **Daniel Stranahan**<br><br><br>**Paul Stranahan** | **Altec Industries, Inc**<br>**1730 Vanderbilt Rd**<br>**Birmingham, AL 36234** |
| **Daniel Stranahan** | **Citizen Automobile Finance, Inc**<br>**PO Box 42002**<br>**Providence, RI 02940** |
| **Daniel Stranahan**<br><br><br><br>**Paul Stranahan** | **John Deere Construction & Forestry  Co**<br>**6400 NW 86th Street**<br>**PO Box 6600**<br>**Johnston, IA 50131-6600** |
| **Daniel Stranahan**<br><br><br>**Paul Stranahan** | **Navistar Financial**<br>**PO Box 96070**<br>**Chicago, IL 60693-6070** |

# United States Bankruptcy Court

## Northern District of New York

In re  **American Tree Co., Inc.**

Debtor

Case No. _____

Chapter  __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 304,900.00 | | |
| B - Personal Property | YES | 7 | $ 2,195,075.89 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 6 | | $ 966,073.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 196,897.57 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $ 160,269.72 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 29 | $ 2,499,975.89 | $ 1,323,241.20 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **American Tree Co., Inc.** _____    Case No. _____
                          **Debtor**                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Daniel Stranahan**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**30**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.


Date __**2/24/2011**_____    Signature:    **s/ Daniel Stranahan**_____

                                                **Daniel Stranahan President**_____
                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

In re:  **American Tree Co., Inc.**                                      Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Daniel Stranahan**<br>**663 State Rt 149**<br>**Lake George, New York 12801** | **common** | **1** | **fee** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Daniel Stranahan**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  **2/24/2011** _____          **s/ Daniel Stranahan** _____

**Daniel Stranahan ,President**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### Northern District of New York

In re: **American Tree Co., Inc.**

Case No. _____

Debtor

(If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|
| Not yet determin | business operations | |
| Not yet determin | business operations | |
| Not yet determin | business operations | |

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert J. Rock, Esq**<br>**60 South Swan Street**<br>**Albany, New York 12210** | **January 2011** | **$12,000** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None List all property owned by another person that the debtor holds or controls.
☑

| NAME AND ADDRESS | DESCRIPTION AND VALUE | |
| OF OWNER | OF PROPERTY | LOCATION OF PROPERTY |

**15. Prior address of debtor**

None If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the
☑ debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**16. Spouses and Former Spouses**

None If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑ California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
. immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit
☑ that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the
date of the notice, and, if known, the Environmental Law.

| SITE NAME AND | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

None b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
☑ Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

None c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☑ respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

NAME AND ADDRESS DOCKET NUMBER STATUS OR
OF GOVERNMENTAL UNIT DISPOSITION

## 18. Nature, location and name of business

None a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☑ and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑ U.S.C. § 101.

NAME_____ ADDRESS _____

## 19. Books, records and financial statements

None a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
❑ or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS DATES SERVICES RENDERED

**Ed Selig, CPA**
**LCS&Z, LLP**
**33 Century Hill Drive**
**Latham, NY 12110**

None b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
☑ the books of account and records, or prepared a financial statement of the debtor.

NAME ADDRESS DATES SERVICES RENDERED

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
☑ and records of the debtor. If any of the books of account and records are not available, explain.

NAME ADDRESS

None d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☑ financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS DATE ISSUED

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ❑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Daniel Stranahan | President and CEO | 100% |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **2/24/2011**                          Signature   **s/ Daniel Stranahan**

**Daniel Stranahan, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In re: **American Tree Co., Inc.**

Debtor

Case No. _____

Chapter **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **2/24/2011** _____

**/s/ Robert J. Rock** _____

**Robert J. Rock, Bar No. 601122**

**Law Office of Robert J. Rock**
Attorney for Debtor(s)